UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-01984-SSC                    Date: August 25, 2025

Title        The Helmut Newton Foundation v. Norman Solomon, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
None Present                                              None Present

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why
Complaint Should Not Be Dismissed for
Failure to Prosecute**

　　　Plaintiff initiated this lawsuit on March 6, 2026.  (ECF 1.)  On
June 4, 2025, Plaintiff sought an extension of the service deadline (ECF
8), which the Court granted (ECF 9).  On July 8, 2025, Plaintiff filed an
*ex parte* application for an order authorizing alternate means of service
on Defendants.  (ECF 12.)  The Court denied the application without
prejudice and extended the deadline for service to August 21, 2025.
(ECF 13.)  The deadline to effect service has passed, and no proof of
service has been filed.  Nor has the Court received any other
communication from Plaintiff.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01984-SSC                      Date: August 25, 2025

Title      The Helmut Newton Foundation v. Norman Solomon, et al.

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **August 29, 2025**, why this action should not be dismissed for failure to prosecute.

     **Plaintiff is cautioned that a failure to file a timely response to this order, will lead to a dismissal of this action without prejudice for failure to prosecute and obey Court orders pursuant to Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

                                                   :

Initials of Preparer      **ts**