UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-01984-SSC                    Date: March 26, 2026

Title       The Helmut Newton Foundation v. Norman Solomon, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute**

Plaintiff initiated this lawsuit on March 6, 2025.  (ECF 1.)  On December 15, 2025, Plaintiff filed a first amended complaint.  (ECF 22.)  The deadline to effect service has passed, and no proof of service has been filed.  Nor has the Court received any other communication from Plaintiff.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **April 3, 2026**, why this action should not be dismissed for failure to prosecute.  In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete and return the enclosed Notice of Dismissal form, CV-09, by **April 3, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-01984-SSC                    Date: March 26, 2026

Title      The Helmut Newton Foundation v. Norman Solomon, et al.


**Plaintiff is cautioned that a failure to file a timely response to this order, will lead to a dismissal of this action without prejudice for failure to prosecute and obey Court orders pursuant to Rule 41 of the Federal Rules of Civil Procedure.**


**IT IS SO ORDERED.**


                                                              :
                                          Initials of Preparer      **ts**